64 A.3d 611

Kevin STRICKLAND, Petitioner,

v.

PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Respondent.

No. 186 EM 2012.

Supreme Court of Pennsylvania.

Dec. 17, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 17th day of December, 2012, the Petition for Review is **DENIED.**